READ INSTRUCTIONS ON BACK OF LAST PAGE BEFORE COMPLETING

# TRANSCRIPT PURCHASE ORDER

| District Court | Court of Appeals Docket No 05-3272 |
|---|---|
| Western District of Pennsylvania | District Court Docket No Criminal No. 03-35E |

Short Case Title ___ United States of America v. Jennifer Holland ___

Date Notice of Appeal Filed by Clerk of District Court ___ June 23, 2005 ___

**PART I.** (To be completed by party responsible for ordering transcript)

A. Complete one of the following and serve ALL COPIES:

TRANSCRIPT:

Roberta Swank
Transcriber

- ☐ None
- ☐ Unnecessary for appeal purposes.
- ☐ Already on file in the D.C. Clerk's office.
- ☒ This is to order a transcript of the proceedings heard on the dates listed below. (Specify exact dates of proceedings). If requesting only partial transcript of proceedings, specify exactly what portion or what witness testimony is desired.

Initial Appearance held on June 24, 2003 before Susan P. Baxter, United

States Magistrate Judge.

If proceeding to be transcribed was a trial, also check any appropriate box below for special requests; otherwise, this material will *NOT* be included in trial transcripts.

Voir dire ☐ ; Opening statement of plaintiff ☐ defendant ☐ ;
Closing argument of plaintiff ☐ defendant ☐
Jury instructions ☐

FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL OR IMPOSITION OF SANCTIONS.

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:

- ☐ Criminal Justice Act (Attach copy of CJA form 24)
- ☐ Motion for transcript has been submitted to DC Judge
- XX Private funds . PA ID# 52956

Signature _Karen Sirianni Gerlach_ Date ___ July 27, 2005 ___

Print Name ___ Karen Sirianni Gerlach, Assistant Federal Public Defender ___ Counsel for ___ Jennifer Holland ___

Address ___ 1450 Liberty Center, 1001 Liberty Avenue Pittsburgh, Pennsylvania 15222 ___ Telephone ___ (412) 644-6565 ___

**PART II.** COURT REPORTER ACKNOWLEDGMENT (To be completed by the Court Reporter and forwarded to the Court of Appeals on the same day transcript order is received.)

| Date transcript order received | Estimated completion date; if not within 30 days of date financial arrangements made, motion for extension to be made to Court of Appeals | Estimated number of pages |
|---|---|---|
|  |  |  |

☐ Arrangements for payment were made on ___

☐ Arrangements for payment have not been made pursuant to FRAP 10(b)

| Date | Signature of Court Reporter | Telephone |
|---|---|---|

**PART III.** NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT (To be completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date.)

This is to certify that the transcript has been completed and filed with the District Court today.

___ Actual Number of Pages ___ Actual Number of Volumes

| Date | Signature of Court Reporter |
|---|---|