IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    :

    -vs-                    : CRIMINAL NO. 03-35E

JENNIFER HOLLAND            :

_____/

|  |  |
|---|---|
| PROCEEDINGS: | INITIAL APPEARANCE |
| BEFORE: | HONORABLE SUSAN P. BAXTER |
|  | UNITED STATES MAGISTRATE JUDGE |
| DATE: | JUNE 24, 2003 |
| APPEARANCE: | CHRISTIAN TRABOLD, ESQUIRE |
|  | Office of United States Attorney |
|  | 700 Grant Street |
|  | Suite 400 USPO & Courthouse |
|  | Pittsburgh, Pennsylvania  15219 |

ASAP COURT REPORTING

Registered Professional Reporters

P.O. Box 345

Ebensburg, Pennsylvania  15931

(814) 472-8009

```
 1                         PROCEEDINGS
 2              THE COURT:  -- Pennsylvania.  You may be
 3   seated.
 4              MR. TRABOLD:  Good afternoon, Your Honor.
 5              THE COURT:  Good afternoon.  The case before
 6   the Court is United States of America versus Jennifer Z.
 7   Holland.  It's docketed in Erie at Magistrate Number 03-35ME.
 8   The docket number in the District of Hawaii is Criminal
 9   2-425DAD.  Representing the Government is Christian Trabold.
10   The Defendant is unrepresented at this proceeding.
11   Ms. Holland, do you understand English?
12              MS. HOLLAND:  Yes.
13              THE COURT:  We're going to do a number of
14   things today.  We're going to make sure that you understand
15   your rights, that you understand the charges against you, and
16   we'll get you an attorney if you need one.  But we are also
17   going to make arrangements to have you face the charges
18   against you in the district where they were brought.  And
19   that is the District of (inaudible).  Do you understand?
20              MS. HOLLAND:  Yes.
21              THE COURT:  I want you to know at the outset
22   that you have the right to an attorney that you chose, one
23   that you hire for yourself.  But if you don't have an
24   attorney or can't afford one, the Government will provide one
25   for you.
```

1          You also have the right not to make any
2  statements at this hearing; that any statements you make here
3  could be used against you at another time.  Do you understand
4  that?
5          MS. HOLLAND:  Yes, I do.
6          THE COURT:  Have you a copy -- do you have a
7  copy of the --
8          MR. TRABOLD:  I have one copy of it, Your
9  Honor.
10         THE COURT:  Oh.  You have a right to a
11 hearing.  It's called an Identity Hearing.  That would decide
12 whether or not you were the Jennifer Z. Holland named in the
13 Indictment.  If you are contesting that you are the person
14 named in the Indictment, you have a right to a hearing where
15 we decide whether or not they arrested the right person.  If
16 you do not, then you waive your Identity Hearing because you
17 agree this is the person that they are looking for in the
18 Indictment.  All right?
19         MS. HOLLAND:  Yes.
20         THE COURT:  Do you wish to contest the
21 Identity Hearing?
22         MS. HOLLAND:  No.  Except for one thing, it's
23 V, not Z.
24         THE COURT:  Pardon me?
25         MS. HOLLAND:  It's V, not Z.

1        THE COURT:  Not Z?

2        MS. HOLLAND:  Right.

3        THE COURT:  (Inaudible).  It'll take the Clerk

4   of Court to change that (inaudible).  Okay.  Plus this is by

5   Indictment, she does not have a right to Preliminary

6   Examination, is that correct?

7        MR. TRABOLD:  Correct.

8        THE COURT:  All right.  Mr. Trabold, would you

9   explain to her the charges against her, please.

10       MR. TRABOLD:  Ms. Holland, you're indicted in

11  the District Court for the District of Hawaii.  The

12  Indictment reads as follows:

13       On or about August 3, 1998 in the District of

14  Hawaii, Jennifer, it says Z, but you've informed us that your

15  actual middle initial is V, Holland, did knowingly possess a

16  computer hard drive which contained visual depictions of

17  minors engaged in sexually explicit conduct; with Jennifer Z.

18  Holland knowing that the production of such visual depictions

19  involved the use of minors engaged in sexually explicit

20  conduct, and that such depictions were of such conduct, and

21  which depictions had been transported in interstate and

22  foreign commerce, and had been produced using materials which

23  had been shipped and transported in interstate and foreign

24  commerce, in violation of Title 18, United States Code,

25  Section 2252(a)4(b).  And it's dated Honolulu, Hawaii,

1  October 23, 2002.
2              Do you understand the charge against you,
3  ma'am?
4              MS. HOLLAND:  Yes.
5              MR. TRABOLD:  Do you have any questions?
6              MS. HOLLAND:  I don't understand what you mean
7  by transport?
8              MR. TRABOLD:  Essentially, the statute
9  requires that at some point in time the images, whether it be
10 by computer or any other means, had to cross state lines.
11             MS. HOLLAND:  Okay.
12             MR. TRABOLD:  That offense in Federal Court
13 carries a maximum possible penalty of five years in jail, a
14 fine of $250,000, and a period of supervised release of three
15 years.  Do you understand that?
16             MS. HOLLAND:  Yes.
17             THE COURT:  All right.  Ms. Holland, the last
18 thing I want to make sure that you understand is this:  You
19 do not have to be sent back to Hawaii to face the charges if
20 you wish to plead guilty to them.  And you may be, and you
21 are permitted to stay here and plead guilty to the charges
22 here and then be sentenced here.  If you wish to defend
23 against the charges, however, you can't do that here, you
24 have to do that in the district where the charges were
25 brought.  Do you understand?

```
 1                MS. HOLLAND:  Yes.
 2                THE COURT:  All right.  Do you wish to go back
 3   and face the charges to defend yourself?
 4                MS. HOLLAND:  No, I don't.  I wish to plead
 5   guilty.
 6                THE COURT:  You wish to plead guilty.  All
 7   right.  Then what I'm going to do is I'm going to appoint Mr.
 8   Patten (phonetic) to see you to discuss this before we go
 9   further.  (Inaudible).
10                MS. HOLLAND:  Sure.
11                THE COURT:  All right.  And (inaudible)
12   request to have (inaudible) custody.  The Government has
13   moved for detention?
14                MR. TRABOLD:  Correct.
15                THE COURT:  All right.  Then I will sign a
16   temporary order to keep her incarcerated until she's spoken
17   with the Federal Public Defender.  And then we will
18   discuss -- discuss this further at that time.  You will stay
19   incarcerated here, and you will talk to Mr. Patten.  I will
20   try to get him there today; if not, he will see you tomorrow.
21                MS. HOLLAND:  I understand.
22                THE COURT:  (Inaudible).  We may.  It depends
23   on (inaudible).  We'll set up another hearing for Thursday.
24   (Inaudible).  (Inaudible).  Let's set something up for
25   10 o'clock Thursday morning where we can go through all this.
```

```
 1   And I don't want to call a detention hearing yet because I'm
 2   not sure (inaudible).
 3               MR. TRABOLD:   Thursday, 10:00 a.m.?
 4               THE COURT:   Yes.   Then we're adjourned.   I
 5   will contact -- let's contact Mr. Patten.   Thank you.
 6               CLERK:   All rise.   Court is adjourned.
 7   END OF PROCEEDINGS.
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1
 2
 3    COMMONWEALTH OF PENNSYLVANIA:
 4                                 :
 5    COUNTY OF CAMBRIA            :
 6
 7           I, ROBERTA SWANK, CSR, RPR, Registered Professional
 8    Reporter and Notary Public, Commonwealth of Pennsylvania,
 9           DO HEREBY CERTIFY that taped proceedings were had
10    in the captioned matter at the time and place stated herein;
11    that I was authorized to and did type said taped proceedings
12    and testimony, and that the foregoing pages, Number 1 through
13    8 inclusive, constitute a true and correct transcription of
14    said taped proceedings and testimony as had.
15           WITNESS MY HAND AND OFFICIAL SEAL this 26th day of
16    August, 2005 at Ebensburg, Cambria County, Pennsylvania.
17
18
19    Roberta Swank
20    _____
21    Roberta Swank, CSR, RPR
      Notary Public
22    Commonwealth of Pennsylvania
              My Commission Expires:
23            December 26, 2005
24            [Notarial Seal
              Roberta Swank, Notary Public
25            Kittanning Twp., Armstrong County
              My Commission Expires Dec. 26, 2005
              Member, Pennsylvania Association Of Notaries]
```

## $

$250,000 - 5:14

## 0

03-35e - 1:6
03-35me - 2:7

## 1

1 - 8:12
10 - 6:25
10:00 - 7:3
15219 - 1:18
15931 - 1:24
18 - 4:24
1998 - 4:13

## 2

2-425dad - 2:9
2002 - 5:1
2003 - 1:13
2005 - 8:16, 8:23
2252(a)4(b - 4:25
23 - 5:1
24 - 1:13
26 - 8:23
26th - 8:15

## 3

3 - 4:13
345 - 1:23

## 4

400 - 1:17
472-8009 - 1:25

## 7

700 - 1:16

## 8

8 - 8:13
814 - 1:25

## A

actual - 4:15
adjourned - 7:4, 7:6
afford - 2:24
afternoon - 2:4, 2:5
agree - 3:17
America - 1:5, 2:6
Appearance - 1:10, 1:14
appoint - 6:7
arrangements - 2:17
arrested - 3:15
Asap - 1:21
attorney - 2:16, 2:22, 2:24
Attorney - 1:15
August - 4:13, 8:16
authorized - 8:11

## B

Baxter - 1:11
Box - 1:23
brought - 2:18, 5:25

## C

Cambria - 8:5, 8:16
captioned - 8:10
carries - 5:13
case - 2:5
Certify - 8:9
change - 4:4
charge - 5:2
charges - 2:15, 2:17, 4:9, 5:19, 5:21, 5:23, 5:24, 6:3
chose - 2:22
Christian - 1:14, 2:9
Clerk - 4:3, 7:6
Code - 4:24
commerce - 4:22, 4:24
Commission - 8:22
Commonwealth - 8:3, 8:8, 8:22
computer - 4:16, 5:10
conduct - 4:17, 4:20
constitute - 8:13
contact - 7:5
contained - 4:16
contest - 3:20
contesting - 3:13
copy - 3:6, 3:7, 3:8
correct - 4:6, 8:13
Correct - 4:7, 6:14
County - 8:5, 8:16
Court - 1:1, 1:21, 2:2, 2:5, 2:6, 2:13, 2:21, 3:6, 3:10, 3:20, 3:24, 4:1, 4:3, 4:4, 4:8, 4:11, 5:12, 5:17, 6:2, 6:6, 6:11, 6:15, 6:22, 7:4, 7:6
Courthouse - 1:17
Criminal - 1:6, 2:8
cross - 5:10
Csr - 8:7, 8:21
custody - 6:12

## D

Date - 1:13
dated - 4:25
December - 8:23
decide - 3:11, 3:15
defend - 5:22, 6:3
Defendant - 2:10
Defender - 6:17
depictions - 4:16, 4:18, 4:20, 4:21
detention - 6:13, 7:1
discuss - 6:8, 6:18
District - 1:1, 1:2, 2:8, 2:19, 4:11, 4:13
district - 2:18, 5:24
docket - 2:8
docketed - 2:7
drive - 4:16

## E

Ebensburg - 1:24, 8:16
End - 7:7
engaged - 4:17, 4:19
English - 2:11
Erie - 2:7
Esquire - 1:14
Essentially - 5:8
Examination - 4:6
Except - 3:22
Expires - 8:22

explain - 4:9
explicit - 4:17, 4:19

## F

face - 2:17, 5:19, 6:3
Federal - 5:12, 6:17
fine - 5:14
five - 5:13
follows - 4:12
foregoing - 8:12
foreign - 4:22, 4:23

## G

Government - 2:9, 2:24, 6:12
Grant - 1:16
guilty - 5:20, 5:21, 6:5, 6:6

## H

Hand - 8:15
hard - 4:16
Hawaii - 2:8, 4:11, 4:14, 4:25, 5:19
hearing - 3:2, 3:11, 3:14, 6:23, 7:1
Hearing - 3:11, 3:16, 3:21
Hereby - 8:9
herein - 8:10
hire - 2:23
Holland - 1:7, 2:7, 2:11, 2:12, 2:20, 3:5, 3:12, 3:19, 3:22, 3:25, 4:2, 4:10, 4:15, 4:18, 5:4, 5:6, 5:11, 5:16, 5:17, 6:1, 6:4, 6:10, 6:21
Honolulu - 4:25
Honor - 2:4, 3:9
Honorable - 1:11

## I

Identity - 3:11, 3:16, 3:21
images - 5:9
inaudible - 2:19, 4:4, 6:11, 6:12, 6:23, 7:2
Inaudible - 4:3, 6:9, 6:22, 6:24
incarcerated - 6:16, 6:19
inclusive - 8:13
indicted - 4:10
Indictment - 3:13, 3:14, 3:18, 4:5, 4:12
informed - 4:14
Initial - 1:10
initial - 4:15
interstate - 4:21, 4:23
involved - 4:19
It'll - 4:3

## J

jail - 5:13
Jennifer - 1:7, 2:6, 3:12, 4:14, 4:17
Judge - 1:12
June - 1:13

## K

keep - 6:16
knowing - 4:18
knowingly - 4:15

## L

last - 5:17
lines - 5:10
looking - 3:17

## M

ma'am - 5:3
Magistrate - 1:12, 2:7
materials - 4:22
matter - 8:10
maximum - 5:13
mean - 5:6
means - 5:10
middle - 4:15
minors - 4:17, 4:19
morning - 6:25
moved - 6:13

## N

named - 3:12, 3:14
need - 2:16
Notary - 8:8, 8:21
Number - 2:7, 8:12
number - 2:8, 2:13

## O

o'clock - 6:25
October - 5:1
offense - 5:12
Office - 1:15
Official - 8:15
one - 2:16, 2:22, 2:24, 3:8, 3:22
order - 6:16
outset - 2:21

## P

pages - 8:12
Pardon - 3:24
Patten - 6:8, 6:19, 7:5
penalty - 5:13
Pennsylvania - 1:2, 1:18, 1:24, 2:2, 8:3, 8:8, 8:16, 8:22
period - 5:14
permitted - 5:21
person - 3:13, 3:15, 3:17
phonetic - 6:8
Pittsburgh - 1:18
place - 8:10
plead - 5:20, 5:21, 6:4, 6:6
Plus - 4:4
Po - 1:23
point - 5:9
possess - 4:15
possible - 5:13
Preliminary - 4:5
proceeding - 2:10
proceedings - 8:9, 8:11, 8:14
Proceedings - 1:10, 2:1, 7:7
produced - 4:22
production - 4:18
Professional - 1:22, 8:7
provide - 2:24

Public - 6:17, 8:8, 8:21

## Q

questions - 5:5

## R

reads - 4:12
Registered - 1:22, 8:7
release - 5:14
Reporter - 8:8
Reporters - 1:22
Reporting - 1:21
Representing - 2:9
request - 6:12
requires - 5:9
rights - 2:15
rise - 7:6
Roberta - 8:7, 8:21
Rpr - 8:7, 8:21

## S

Seal - 8:15
seated - 2:3
Section - 4:25
see - 6:8, 6:20
sent - 5:19
sentenced - 5:22
set - 6:23, 6:24
sexually - 4:17, 4:19
shipped - 4:23
sign - 6:15
spoken - 6:16
state - 5:10
statements - 3:2
States - 1:1, 1:5, 1:12, 1:15, 2:6, 4:24
statute - 5:8
stay - 5:21, 6:18
Street - 1:16
Suite - 1:17
supervised - 5:14
Susan - 1:11
Swank - 8:7, 8:21

## T

taped - 8:9, 8:11, 8:14
temporary - 6:16
testimony - 8:12, 8:14
three - 5:14
Thursday - 6:23, 6:25, 7:3
Title - 4:24
today - 2:14, 6:20
tomorrow - 6:20
Trabold - 1:14, 2:4, 2:9, 3:8, 4:7, 4:8, 4:10, 5:5, 5:8, 5:12, 6:14, 7:3
transcription - 8:13
transport - 5:7
transported - 4:21, 4:23
true - 8:13
try - 6:20
type - 8:11

## U

United - 1:1, 1:5, 1:12, 1:15, 2:6, 4:24
unrepresented -

2:10
**up** - 6:23, 6:24
**Uspo** - 1:17

## V

**versus** - 2:6
**violation** - 4:24
**visual** - 4:16, 4:18
**vs** - 1:6

## W

**waive** - 3:16
**Western** - 1:2
**wish** - 3:20, 5:20, 5:22, 6:2, 6:4, 6:6
**Witness** - 8:15

## Y

**years** - 5:13, 5:15
**yourself** - 2:23, 6:3