IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| United States of America )<br>)<br>vs. )<br>)<br>JENNIFER HOLLAND )<br>) | Criminal Number 03-35E-1 |

The above named defendant satisfied the judgment of JUNE 08, 2005 by paying on SEPTEMBER 08, 2006 the full balance due on his/her court ordered:

    __X__ Assessment
    _____ Fine
    _____ Costs
    _____ other

The Court's docket and judgment index should be marked to reflect satisfaction of the judgment.

_____  10/23/06
Deputy Clerk                                Date