UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

August 11, 2006
B-152

Nos. 05-3272

United States of America

v.

Jennifer Holland,
Appellant

(WD/PA - Erie Criminal No. 03-cr-00035E)

**Present:**   **RENDELL, AMBRO and GREENBERG, <u>Circuit Judges</u>**

Motion by Appellant for Summary Affirmance Pursuant to LAR 27.4.

| | |
|---|---|
| **Any Response was due by 8/7/06.** | /s/ LaToya Corprew<br>LaToya Corprew<br>Case Manager   267-299-4915 |

_____ O R D E R _____

The foregoing motion is GRANTED.

By the Court,

/s/ Marjorie O. Rendell
Circuit Judge

Dated: August 28, 2006
PDB/cc: Karen S. Gerlach, Esq.
           Laura S. Irwin, Esq.

Certified as a true copy and issued in lieu
of a formal mandate on November 21, 2006.

Teste: *Marcia M. Waldron*

Clerk, United States Court of Appeals
for the Third Circuit