OFFICE OF THE CLERK

# UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 United States Courthouse
601 Market Street
Philadelphia PA 19106-1790

Marcia M. Waldron
Clerk

Telephone
267-299-4915

www.ca3.uscourts.gov

November 21, 2006

Mr. Robert V. Barth Jr., Clerk
United States District Court for the Western District of PA
17 South Park Row
Room B-160
Erie, PA  16501


RE: Docket No. 05-3272
    USA  vs. Holland
    No. 03-cr-00035E


Dear Mr. Barth:

   Enclosed is a certified copy of the judgment together with copy of the order in the above-entitled case(s). The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

   Kindly acknowledge receipt for same on the enclosed copy of this letter.

   Counsel are advised of the issuance of the mandate by copy of this letter.  A copy of the certified judgment is also enclosed showing costs taxed, if any.


                              Very truly yours,
                              MARCIA M. WALDRON
                              Clerk

                         By:  LaToya W. Corprew
                              Case Manager

Enclosure
cc:
    Laura S. Irwin, Esq.
    Karen S. Gerlach, Esq.