**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

August 11, 2006
B-152

**Nos. 05-3272**

United States of America
v.
Jennifer Holland,
Appellant
(WD/PA - Erie Criminal No. 03-cr-00035E)

**Present:**   **RENDELL, AMBRO and GREENBERG,** <u>**Circuit Judges**</u>

Motion by Appellant for Summary Affirmance Pursuant to LAR 27.4.

|  |  |
|---|---|
| **Any Response was due by 8/7/06.** | /s/ LaToya Corprew<br>LaToya Corprew<br>Case Manager    267-299-4915 |

**O R D E R**

The foregoing motion is GRANTED.

By the Court,

/s/ Marjorie O. Rendell
Circuit Judge

Dated: August 28, 2006
PDB/cc: Karen S. Gerlach, Esq.
         Laura S. Irwin, Esq.