Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

**FILED**
OCT 11 2007
CLERK

U.S.A. vs. Jennifer Holland                                       Docket No. 03-00035-001 Erie

### Petition on Supervised Release

      COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of JENNIFER HOLLAND, who was placed on supervision by the Honorable Maurice B. Cohill, Jr., sitting in the Court at Erie, Pennsylvania, on the 8th day of June 2005, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- The defendant shall not commit another federal, state, or local crime.
- The defendant shall not illegally possess a controlled substance.
- The defendant shall not possess a firearm or destructive device.
- The defendant shall participate in a program of testing and, if necessary, treatment for substance abuse as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. Further, the defendant shall be required to contribute to the cost of services for any such treatment in an amount determined by the probation officer but not to exceed the actual cost. The defendant shall submit to one drug urinalysis within 15 days after being placed on supervision and at least two periodic tests thereafter.
- The defendant shall participate in a mental health treatment program and/or sex offender treatment program as approved and directed by the probation officer. The defendant shall abide by all program rules, requirements, and conditions of the sex offender treatment program, including submission to polygraph testing to determine if she is in compliance with the conditions of release.
- In accordance with 18 U.S.C. § 3583(d) and § 4042(c)(4), the defendant shall report the address where she will reside and any subsequent change of address to the probation officer responsible for the defendant's supervision, and further, the defendant shall register as a convicted sex offender in any state where she resides, is employed, carries on a vocation, or is a student.
- The defendant shall not have any unsupervised contact with any person under the age of 18, except in the presence of a responsible adult who is aware of the nature of the defendant's background and current offense and who has been approved in advance by the probation officer.
- The defendant shall not possess any materials, including pictures, photographs, books, writings, drawings, videos, or video games, depicting and/or describing child pornography, as defined at 18 U.S.C. § 2256(8).
- The defendant shall use only those computers and computer-related devices, screen user names, passwords, e-mail accounts, and Internet Service Providers (ISPs) as approved by the probation officer. Computers and computer-related devices include, but are not limited to, personal computers, personal data assistants (PDAs), Internet appliances, electronic games, and cellular telephones as well as their peripheral equipment that can access or can be modified to access the Internet, electronic bulletin boards, other computers, or similar media.
- The defendant shall cooperate in the collection of DNA as directed by the probation officer.
- The defendant shall pay a special assessment of $100.

06-08-05:    Sexual Exploitation of Children; 30 months' custody Bureau of Prisons, to be followed by 3 years' supervised release.
10-22-07:    To be released to supervision.

U.S.A. vs. Jennifer Holland
Docket No. 03-00035-001 Erie
Page 2

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

Your Petitioner reports that upon her release from the Bureau of Prisons, Ms. Holland will return to the Western District of Pennsylvania and will be homeless. A request to relocate to the Eastern District of Pennsylvania was denied by the United States Probation Office, Philadelphia, Pennsylvania. Ms. Holland has no family or friends in the Western District of Pennsylvania and will be in need of assistance to obtain employment and residence. As a result, on October 2, 2007, Ms. Holland signed a Probation Form 49, Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Time of Supervision (enclosed), in which she agreed to the following modification of supervision: The releasee will reside at the Community Corrections Center, Renewal, Incorporated, Pittsburgh, Pennsylvania, for a period not to exceed 180 days.

PRAYING THAT THE COURT WILL ORDER that releasee will reside at the Community Corrections Center, Renewal, Incorporated, Pittsburgh, Pennsylvania, for a period not to exceed 180 days.

### ORDER OF COURT

Considered and ordered this _____ day of _____, 20 ____ and ordered filed and made a part of the records in the above case.

_____
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   October 9, 2007

_____
David J. Conde
U.S. Probation Officer

_____
Gerald R. Buban
Supervising U.S. Probation Officer

Place:   Erie, PA